UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
DONALD HOLUPKA,

                                     Plaintiff,

    -against-

POLICE OFFICER CHRIS SKARTSIARIS, Individually
and in his capacity as a Lynbrook Police Department
Police Officer;
POLICE OFFICER FRANK MENNA, Individually
and in his capacity as a Lynbrook Police Department
Police Officer;
POLICE OFFICER C. LENGEL, Individually
and in his capacity as a Lynbrook Police Department
Police Officer;
POLICE OFFICER CHRIS McCARTHY, Individually
and in his capacity as a Lynbrook Police Department
Police Officer;
POLICE OFFICER ERIC M. BRUEN, Individually
and in his capacity as a Lynbrook Police Department
Police Officer;
POLICE OFFICER BRIAN PALADINO, Individually
and in his capacity as a Lynbrook Police Department
Police Officer;
DETECTIVE RICHARD NEIDECKER, Individually
and in his capacity as Detective;
POLICE OFFICER ROBERT HARRISON, Individually
and in his capacity as a Lynbrook Police Department
Police Officer;
POLICE OFFICER PATRICK BAGINSKI, Individually
and in his capacity as a Lynbrook Police Department
Police Officer;
POLICE OFFICER JOSEPH COSENZA, Individually
and in his capacity as a Lynbrook Police Department
Police Officer; POLICE OFFICER JOHN DOE #1, #2, #3, #4,
and "6", Individually and in their capacity as Lynbrook
Police Department Police Officers, intended to be the
police officers who were present at the January 27, 2009
incident;

                                              NOTICE OF VOLUNTARY
                                              DISMISSAL PURSUANT TO
                                              F.R.C.P. 41(a)(1)(A)(i)

                                              Case No.:
                                              2:12-cv-00397-JFB-ARL

1

POLICE OFFICER JOHN DOE #5, Individually and in his capacity as a Lynbrook Police Department Police Officer, intended to be the police officer who struck the Plaintiff in the head during the incident which occurred on January 27, 2009;
POLICE OFFICER JOHN DOE #7, Individually and in his capacity as a Lynbrook Police Department Police Officer, intended to be the police officer who was present at the March 16, 2009 incident;
POLICE OFFICER JOHN DOE #8, Individually and in his capacity as a Lynbrook Police Department Police Officer, intended to be the police officer who was present at the February 4, 2011 incident;
INCORPORATED VILLAGE OF LYNBROOK, and
LYNBROOK POLICE DEPARTMENT,

                                  Defendants .

---------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants.

Date: February 1, 2012

                                                     HOPKINS & KOPILOW, ESQS.,
By Stanley R. Kopilow, Esq.
Attorneys for Plaintiff
100 Quentin Roosevelt Blvd.
Suite 506
Garden City, New York 11530
(516) 747-4770